

# THE THIRTEENTH COURT OF APPEALS

## 13-25-00270-CV

IN THE MATTER OF THE MARRIAGE OF JAMES JOSEPH JESSIE GIOVANNOTTO
AND ARMANDO EMMANUEL GIOVANNOTTO AND IN THE
INTEREST OF V.G., A CHILD

On Appeal from the
County Court at Law No. 6 of Hidalgo County, Texas
Trial Court Cause No. F-4418-24-6

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be dismissed. The Court orders the appeal DISMISSED in accordance with its opinion.

We further order this decision certified below for observance.

July 17, 2025